NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-890

STATE OF LOUISIANA

VERSUS

ALBERT BERNARD

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 03-1560
HONORABLE EDWARD LEONARD, JR., DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, and
Oswald A. Decuir, Judges.

AFFIRMED.

J. Phillip Haney
District Attorney
300 Iberia Street - Suite 200
New Iberia, LA 70560
Telephone:  (337) 369-4420
COUNSEL FOR:
        Plaintiff/Appellee - State of Louisiana

**Paula Corley Marx**
**Louisiana Appellate Project**
**P. O. Box 80006**
**Lafayette, LA 70598-0006**
**Telephone:  (337) 991-9757**
**COUNSEL FOR:**
**Defendant/Appellant - Albert Bernard**

**Pamela Sue Moran**
**Louisiana Appellate Project**
**P. O. Box 840030**
**New Orleans, LA 70184-0030**
**Telephone:  (504) 286-8697**
**COUNSEL FOR:**
**Defendant/Appellant - Albert Bernard**

**Jeffrey J. Trosclair**
**Assistant District Attorney**
**Sixteenth Judicial District Court**
**Courthouse - 5th Floor**
**Franklin, LA 70538**
**Telephone:  (337) 828-4100**
**COUNSEL FOR:**
**Plaintiff/Appellee - State of Louisiana**